

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Carolyn K. Depoian<br>Senior Counsel<br>phone: (212) 356-2358<br>fax: (212) 356-3509<br>email: cdepoian@law.nyc.gov |
|---|---|---|

June 22, 2017

**BY ECF**
Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

        Re:    Ibrahim Annan v. City of New York Police Department, et al.,
                  12-CV-2702 (CBA)(CLP)

Your Honor:

        Defendants write to respectfully withdraw their application for costs sought against plaintiff filed on February 27, 2017.  *See* Docket No. 256.

        Thank you for your consideration.

                                              Respectfully submitted,

                                                /s
                                         Carolyn K. Depoian
                                         Senior Counsel

cc:    Ibrahim Annan, *Plaintiff Pro Se* (By First Class Mail)
        800 Victory Blvd., #3-V
        Staten Island, NY  10301